## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARY BETH LOCK**                                                                **PLAINTIFF**


**v.**                            **Case No. 4:23-cv-01164-BSM-JTK**


**KILOLO KIJAKAZI**                                                               **DEFENDANT**
**Acting Commissioner**
**Social Security**

### <u>ORDER</u>

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 10) Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

SO ORDERED THIS 14th day of March, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE